# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SAMMIE L. THOMAS, JR.**  PETITIONER
*ADC #122555*

v.                              CASE NO. 4:22-CV-00245-BSM

**DEXTER PAYNE**
*Director, ADC*                                             RESPONDENT

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 35] is adopted, Sammie Thomas's amended petition for a writ of habeas corpus [Doc. No. 31] is denied, and this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE