IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMMIE L. THOMAS, JR.**  **PETITIONER**
*ADC #122555*

v.  CASE NO. 4:22-CV-00245-BSM

**DEXTER PAYNE**
*Director, ADC*  **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE